UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FUNDING FUTURES, LLC,

Plaintiff,

- against –

AGA PRODUCE COMPANY, INC.,

Defendant.

26-cv-9297 (JGK)

**Order**

**John G. Koeltl, District Judge:**

The parties are directed to appear by telephone for a pre-motion conference in connection with the defendant's contemplated motion to dismiss on **Thursday, November 12, 2026, at 12:30 p.m.**

Dial-in: 646-453-4442, with access code 67527833#.

The plaintiff Funding Futures LLC is directed to identify the citizenship of each of its members within five (5) days.

The defendant is requested to mail a copy of this Order to the plaintiff and to note mailing on the docket.

**SO ORDERED.**

**Dated:** New York, New York
November 2, 2026

John G. Koeltl
United States District Judge